# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Daniel Malloy
                          Plaintiff,

v.                                                      Case No.: 1:20−cv−05686
                                                                   Honorable Robert M. Dow Jr.

Walgreen Company, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 7, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the stipulation of dismissal [76] filed on 2/4/2022, this case is dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement. Pending motion to strike [63] is stricken as moot. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.